UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: TRENA HILL  
      P O BOX 693  
      HAYNEVILLE, AL 36040

CASE NO: 16-32697-DHW

Soc. Sec. No. XXX-XX-7420  
      Debtor.

**AMENDED**
**INCOME WITHHOLDING ORDER**

TO: FATHER PURCELL  
    ATTN PAYROLL  
    2048 W FAIRVIEW AVE  
    MONTGOMERY, AL 36108

The debtor subjected all of his income, including future earnings and wages to the jurisdiction of this Court by filing a case under Chapter 13 of the United States Bankruptcy Code. It is hereby

ORDERED that FATHER PURCELL withhold from the wages, earnings, or other income of this debtor the sum of **$336.00 BI-WEEKLY** and remit all such funds withheld to:

    CHAPTER 13 TRUSTEE  
    16-32697-DHW TRENA HILL  
    P O BOX 613108  
    MEMPHIS TN 38101-3108

The wages, earnings or other income withheld in compliance with this Order should be remitted to the Trustee no less frequently than each month.

This Order continues in force and effect until further Order of this court.

Done Monday, November 14, 2016.

cc: Debtor  
    Debtor's Attorney

*/s/ Dwight H. Williams Jr.*  
Dwight H. Williams Jr.  
United States Bankruptcy Judge