IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE:<br><br>TRENA HILL<br>SSAN: XXX-XX-7420<br><br><br><br>Debtor(s) | Case No. 16-32697-DHW<br>Chapter 13 |

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s) plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on September 26, 2016.

2. The debtor(s) §341 Meeting of Creditors was held November 09, 2016.

3. The debtor(s) overall pay record is 62%.

(**X**) The plan is a composition plan and does not provide for the complete applicable commitment period as required by law.

(**X**) Debtor was to amend Schedule I to reflect all current monthly income.

(**X**) Debtor was to amend the petition to include all names used by the debtor.

(**X**) Debtor took an impermissible transportation expense on the means test. Without this deduction, the "pot" to unsecured creditors will need to increase substantially.

WHEREFORE, the above premises considered, Trustee objects to confirmation of the debtor(s) plan and requests that either confirmation be denied or the case be continued until such time as the above referenced issues have been resolved.

Respectfully submitted this December 14, 2016.

Sabrina L. McKinney
                                        Acting Chapter 13 Trustee


                                  By: /s/*Sabrina L. McKinney*
                                        Sabrina L. McKinney
                                        Acting Chapter 13 Trustee

Office of the Chapter 13 Trustee
P.O. Box 173
Montgomery, AL  36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: mckinneys@ch13mdal.com

### CERTIFICATE OF SERVICE

   I, the undersigned, hereby certify that I have served a copy of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this  December 14, 2016.

Copy to:  DEBTOR(S)                          /s/*Sabrina L. McKinney*
          JOSHUA C MILAM                     Sabrina L. McKinney
                                             Acting Chapter 13 Trustee