# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:

TRENA HILL
SSAN: XXX-XX-7420

Debtor(s)

Case No. 16-32697-DHW
Chapter 13

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s) plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on September 26, 2016.

2. The debtor(s) §341 Meeting of Creditors was held November 09, 2016.

3. The debtor(s) overall pay record is 73%.

(**X**) The plan fails to meet the disposable income test. Please review this case and amend the plan to meet the disposable income test as discussed at the 341.

(**X**) Debtor was to amend Schedule I to correct the withholdings amounts.

(**X**) This above-median case requires a POT of at least $20,479.00.

WHEREFORE, the above premises considered, Trustee objects to confirmation of the debtor(s) plan and requests that either confirmation be denied or the case be continued until such time as the above referenced issues have been resolved.

Respectfully submitted this July 31, 2017.

|  | Sabrina L. McKinney |
|---|---|
|  | Chapter 13 Standing Trustee |

By: /s/*Audrey L. Willis*
———————————————
Audrey L. Willis
Staff Attorney

Office of the Chapter 13 Trustee
P.O. Box 173
Montgomery, AL  36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: willisa@ch13mdal.com

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that I have served a copy of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this  July 31, 2017.

Copy to: DEBTOR(S)
           JOSHUA C MILAM

/s/*Audrey L. Willis*
———————————————
Audrey L. Willis
Staff Attorney