UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: TRENA HILL  
    661 ST HWY 21 S  
    P O BOX 693  
    HAYNEVILLE, AL 36040  

CASE NO: 16-32697-DHW

Soc. Sec. No. XXX-XX-7420  
    Debtor.

**AMENDED**  
**INCOME WITHHOLDING ORDER**

TO: SURGE STAFFING LLC  
    ATTN PAYROLL  
    7738 ATLANTA HWY  
    MONTGOMERY, AL 36117

    The debtor subjected all of his income, including future earnings and wages to the jurisdiction of this Court by filing a case under Chapter 13 of the United States Bankruptcy Code. It is hereby

    ORDERED that SURGE STAFFING LLC withhold from the wages, earnings, or other income of this debtor the sum of **$155.00 BI-WEEKLY** and remit all such funds withheld to:

    CHAPTER 13 TRUSTEE  
    16-32697-DHW TRENA HILL  
    P O BOX 613108  
    MEMPHIS TN 38101-3108

    The wages, earnings or other income withheld in compliance with this Order should be remitted to the Trustee no less frequently than each month.

    This Order continues in force and effect until further Order of this court.

    Done Monday, August 7, 2017.

cc: Debtor  
    Debtor's Attorney

*/ s / Dwight H. Williams Jr.*  
Dwight H. Williams Jr.  
United States Bankruptcy Judge