UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: TRENA HILL
661 ST HWY 21 S
P O BOX 693
HAYNEVILLE, AL 36040

CASE NO: 16-32697-DHW

Soc. Sec. No. XXX-XX-7420
Debtor.

## INCOME WITHHOLDING ORDER

TO: DIVERSICARE OF MONTGOMERY
ATTN PAYROLL
2020 N COUNTRY CLUB DR
MONTGOMERY, AL 36106

The debtor subjected all of his income, including future earnings and wages to the jurisdiction of this Court by filing a case under Chapter 13 of the United States Bankruptcy Code. It is hereby

ORDERED that DIVERSICARE OF MONTGOMERY withhold from the wages, earnings, or other income of this debtor the sum of **$168.00 SEMI-MONTHLY** and remit all such funds withheld to:

CHAPTER 13 TRUSTEE
16-32697-DHW TRENA HILL
P O BOX 613108
MEMPHIS TN 38101-3108

The wages, earnings or other income withheld in compliance with this Order should be remitted to the Trustee no less frequently than each month.

This Order continues in force and effect until further Order of this court.

Done Monday, September 25, 2017.

cc: Debtor
Debtor's Attorney

*/ s / Dwight H. Williams Jr.*
Dwight H. Williams Jr.
United States Bankruptcy Judge