UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In Re:  Case No.16-32697-DHW
TRENA HILL  Chapter 13
661 ST HWY 21 S
P O BOX 693
HAYNEVILLE, AL 36040

Debtor
SSN: XXX-XX-7420

## Order Releasing Wages

The Income Withholding Order previously issued by the Court to the following employer is hereby RELEASED:

SURGE STAFFING LLC
ATTN PAYROLL
7738 ATLANTA HWY
MONTGOMERY, AL  36117

The above employer is authorized to pay all future wages to the debtor.

Done this Monday, September 25, 2017.

*/s/ Dwight H. Williams Jr.*
Dwight H. Williams Jr.
United States Bankruptcy Judge

**CC:** TRENA HILL