UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re  Case No. 16−32697
 Chapter 13
Trena Hill,

    Debtor.

# NOTICE

PLEASE TAKE NOTICE that a hearing will be held at

U.S. Bankruptcy Court, One Church Street, Courtroom 4C, Montgomery, AL 36104

on November 27, 2017 at 10:00 AM

to consider and act upon the following:

*56* − Trustee's Motion to Dismiss Case for Failure to Make Plan Payments . Responses due by 10/30/2017. (McKinney, Sabrina)

*57* − Objection to Trustee's Motion to Dismiss Case filed by Richard D. Shinbaum on behalf of Trena Hill (RE: related document(s)56 Trustee's Motion to Dismiss Case). (Shinbaum, Richard)

Dated October 31, 2017

                                    Juan−Carlos Guerrero
                                    Clerk of Court

```
                              United States Bankruptcy Court
                                Middle District of Alabama
In re:                                                                      Case No. 16-32697-DHW
Trena Hill                                                                  Chapter 13
         Debtor                    CERTIFICATE OF NOTICE
District/off: 1127-2         User: jmclain              Page 1 of 1              Date Rcvd: Oct 31, 2017
                             Form ID: ntchrgBK          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 02, 2017.
db             +Trena Hill,    PO Box 693,    Hayneville, AL 36040-0693

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 31, 2017 at the address(es) listed below:
              Bankruptcy Administrator    ba@almb.uscourts.gov
              Janna L Ifshin    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE")
               CREDITOR, C/O SETERUS, INC. bankruptcy@sirote.com
              Janna L Ifshin    on behalf of Creditor    SETERUS, INC. bankruptcy@sirote.com
              Joshua C. Milam    on behalf of Debtor Trena   Hill jmilam@smclegal.com,
               scarter@smclegal.com;cthornton@smclegal.com
              Richard D. Shinbaum    on behalf of Debtor Trena   Hill rshinbaum@smclegal.com,
               scarter@smclegal.com;cthornton@smclegal.com
              Sabrina L. McKinney    trustees_office@ch13mdal.com
              Stephen  Bulgarella    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE
               MAE") CREDITOR, C/O SETERUS, INC. bankruptcy@sirote.com
              Tommie Brown Hardwick    on behalf of Creditor    United States  of America, Internal Revenue
               Service tommie.hardwick@usdoj.gov, carol.brensing@usdoj.gov
                                                                                             TOTAL: 8